IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 08-300-GMS ) |
| ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS, LTD., a corporation; and DOES 1 THROUGH 100, | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) |
| | |
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | ) ) ) |
| Plaintiff, | ) ) ) C. A. No. 09-482-GMS |
| v. | ) ) JURY TRIAL DEMANDED |
| FINJAN INC., FINJAN SOFTWARE, LTD., FINJAN SOFTWARE, INC., | ) ) ) |
| Defendants. | ) |

## ORDER OF CONSOLIDATION

The Court having considered the parties' request to consolidate the above-captioned actions pursuant to Federal Rule of Civil Procedure 42;

IT IS HEREBY ORDERED this ____ day of _____, 2009, that Civil Action Numbers 08-300 (GMS) and 09-482 (GMS) are consolidated for purposes of discovery and trial. Hereafter, all papers shall be filed under Civil Action Number 08-300 (GMS) and the case caption shall be as follows:

FINJAN SOFTWARE, LTD., an Israel corporation,                          )
                                                                      )
                                                                      )
               Plaintiff,                       )
                                                                      )
            v.                                    )  C. A. No. 08-300-GMS
                                                                      )  (consolidated with 09-482 (GMS))
ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE      )
SYSTEMS, LTD., a corporation; and DOES 1                              )  JURY TRIAL DEMANDED
THROUGH 100,                                                          )
                                                                      )
            Defendants.                      )

     The consolidated actions shall proceed according to the Scheduling Order entered July 2, 2009 (D.I. 25) in C.A. No. 08-300-GMS.


                                       _____
                                       Chief Judge Gregory M. Sleet, U.S.D.C.